**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SAMO, JOSEPH H. and, | : | BANKRUPTCY NO. 17-70743-JAD |
| SAMO, APRIL M. | : | |
| | : | Chapter 7 |
| | : | |

**************************************************************************

# RESCHEDULED §341 MEETING NOTICE

THE MEETING OF CREDITORS HAS BEEN RESCHEDULED TO THE DATE, TIME AND LOCATION LISTED BELOW;

**December 4th, 2017 AT 10:00 a.m.**
**2ND FLOOR CONFERENCE ROOM**
**110 FRANKLIN STREET**
**JOHNSTOWN PA 15905**

FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN A RULE TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.

Dated: October 31, 2017                    By:

                                           /s/James R. Walsh, Trustee
                                           James R. Walsh, Trustee
                                           Pa. ID. # 27901
                                           1067 Menoher Blvd.
                                           Johnstown, PA  15905
                                           Phone: 1-(814) 536-0735
                                           Fax: 1-(814) 539-1423
                                           JWalsh@spencecuster.com