**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joseph H Samo** | Social Security number or ITIN   **xxx–xx–6489** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **April M Samo** | Social Security number or ITIN   **xxx–xx–2290** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–70743–JAD**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph H Samo                                   April M Samo

1/24/18                                         **By the court:**   Jeffery A. Deller
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                      Case No. 17-70743-JAD
Joseph H Samo                                               Chapter 7
April M Samo
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: admin              Page 1 of 1       Date Rcvd: Jan 24, 2018
                              Form ID: 318             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db/jdb         +Joseph H Samo,    April M Samo,    137 Blawn Street,    Johnstown, PA 15906-1854
14708534       +Ameriserv Financial Collections,    216 Franklin Street, 6th Floor,    Suite 608,    P.O. Box 520,
                 Johnstown, PA 15907-0520
14708536       +Best Buy Credit Services,    P.O. Box 9001007,   Louisville, KY 40290-1007
14708538       +Comenity-Boscov’s,    P.O. Box 659622,    San Antonio, TX 78265-9622
14708539       +Conemaugh Memorial Medical Center,    1086 Franklin Street,    Johnstown, PA 15905-4305
14708540       +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
                 Johnstown, PA 15905-4305
14708541       +Conemaugh Physician Group,    1086 Franklin Street,    Johnstown, PA 15905-4398
14708543       +Sears Credit Cards,    P.O. Box 9001055,    Louisville, KY 40290-1055
14708544       +Sears Credit Cards,    P.O. Box 9001065,    Louisville, KY 40290-1065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Jan 25 2018 02:48:00      James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2018 03:04:35      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14708535        EDI: BANKAMER.COM Jan 25 2018 02:48:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886
14708537       +EDI: WFNNB.COM Jan 25 2018 02:48:00      Comenity-Bon Ton,    P.O. Box 659813,
                 San Antonio, TX 78265-9113
14708542       +E-mail/Text: BKRMailOPS@weltman.com Jan 25 2018 03:04:11      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14709507       +EDI: PRA.COM Jan 25 2018 02:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14708545       +EDI: RMSC.COM Jan 25 2018 02:48:00      Synchrony Bank/JC Penny,    P.O. Box 960090,
                 Orlando, FL 32896-0090
14708546       +EDI: RMSC.COM Jan 25 2018 02:48:00      Synchrony Bank/Lowes,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
14708547       +EDI: CHASE.COM Jan 25 2018 02:48:00      Toys R Us/Babies R Us,    Cardmember Service,
                 P.O. Box 15153,    Wilmington, DE 19886-5153
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              Kenneth P. Seitz    on behalf of Debtor Joseph H Samo thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor April M Samo thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5
```